

FILED
SEP 03 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **13 CR 170 JED** |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | [29 U.S.C. § 501(c): Embezzlement |
| v. ) | From a Labor Organization] |
| ) | |
| MICHAEL W. COUCH, ) | |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

From on or about January 6, 2007, through on or about March, 2010, in the Northern District of Oklahoma and elsewhere, the defendant, **MICHAEL W. COUCH**, while an officer of a labor organization, did intentionally embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization.

All in violation of Title 29, United States Code, Section 501(c)

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

_____
JEFFREY A. GALLANT
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson